THE STATE OF OHIO, APPELLEE, *v.* DEVER, APPELLANT.

[Cite as *State v. Dever* (1995), 73 Ohio St.3d 722.]

(No. 95–831—Submitted July 26, 1995—Decided October 11, 1995.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Christian J. Schaefer,* Assistant Prosecuting Attorney, for appellee.

*Frederick M. Dever, Jr., pro se.*

---

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.